IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Criminal Action No. |
| v. ) | 19-00109-01-CR-W-HFS |
| ) | |
| ANTONIO FLEMMING, ) | |
| ) | |
| Defendant. ) | |

O R D E R

Pending before the Court is the *pro se* motion (Doc. No. 58) of defendant Antonio B. Fleming for the appointment of new counsel. The arguments raised in the motion are ones that have been previously considered by the Court or are more properly the subject of independent civil claims under 18 U.S.C. Section 1983. For these reasons, it is

ORDERED that the *pro se* motion (Doc. No. 58) of defendant Antonio B. Fleming for the appointment of new counsel is DENIED.

                                                                                                                    /s/ JOHN T. MAUGHMER
                                                                                                                      John T. Maughmer
                                                                                              United States Magistrate Judge